**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6805**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

HAROLD SMITH, JR.,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (CR-85-166, CA-99-800-13)

---

Submitted:  November 4, 1999        Decided:  November 29, 1999

---

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Harold Smith, Jr., Appellant Pro Se.  William Corley Lucius, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Smith, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Smith, Nos. CR-85-166; CA-99-800-13 (D.S.C. Apr. 9, 1999). We deny Smith leave to proceed in forma pauperis and also deny Smith's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2